

Olsen et al                                          08cv2035-JAH-BLM

-v-

California Department of Corrections et al

**DOCUMENT STRICKEN per ECF Discrepancy Order**
**(see docket entry #31)**

**29-Plaintiff's Designation of Expert Witness Information pursuant to F.R.C.P. Rule 26(a)(2)(b)**

**29**