UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY AND PAMELA OLSEN, guardian ad litem for minors BRADEN LEE OLSEN and AUTUMN TAYLOR OLSEN, and RONALD WHITLOCK, guardian ad litem for minor ANDREW EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 8cv2035-JAH (BLM)<br><br>**ORDER:**<br><br>**(1) CONFIRMING SETTLEMENT;**<br><br>**(2) SETTING DEADLINE TO FILE A MOTION FOR APPROVAL OF PROPOSED SETTLEMENT;**<br><br>**AND**<br><br>**(3) DENYING AS MOOT PLAINTIFFS' MOTION FOR LEAVE TO AUGMENT EXPERT WITNESS DESIGNATION [ECF No. 76]** |

On July 7, 2014, the Court held a Mandatory Case Settlement conference ("MSC") in the above-entitled action. The case settled pending the Court's approval of the fairness of the compromise on behalf of the minors, and the terms of the conditional settlement were placed on the record. Accordingly, all pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The Court further **ORDERS** Plaintiffs to file a petition for approval of the compromise of the minors' claims on or before **August 8, 2014**. Within five days of receiving a ruling

on that motion, counsel shall contact the Chambers of the Honorable Barbara L. Major to provide an update on the status of filing dismissal papers in this action.

Finally, the Court **DENIES** as moot Plaintiffs' Motion for Leave to Augment Expert Witness Designation [ECF No. 76].

**IT IS SO ORDERED**.

DATED: July 9, 2014

BARBARA L. MAJOR
United States Magistrate Judge